UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MINGRAN WANG,<br>Defendant. | **CASE NO. 26-CR-00288-HSG-1**<br>**ORDER TO CONTINUE STATUS CONFERENCE** |

Based on the joint request of the parties, and for good cause shown, the Court HEREBY ORDERS that defendant Mingran Wang's status conference hearing currently set for August 12, 2026, at 2:00 p.m., be continued to September 2, 2026, at 2:00 p.m.

IT IS SO ORDERED.

Dated: 8/10/2026

Haywood S. Gilliam, Jr.

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge