# Exhibit I -

# Letter from Defendant Mingran Wang regarding Community Service

October 7, 2026

Honorable Judge Gilliam,

I write to describe how I could use my experience to complete the 500 hours of community service that I propose as part of my sentence. While I am of course prepared to accept any form of service the Court deems appropriate, I believe my technical background could be particularly helpful in advancing digital literacy during this time of accelerating inequality and technological change.

To my mind, my community service would be most constructive in the form of teaching free classes on practical uses for artificial intelligence and other digital tools at underserved schools or community organizations. This would be a natural fit, given my educational background in physics and computer science, my past work as a software engineer and data scientist, and the approximately six years I have spent as a volunteer mentor for the entrepreneurship class at Valley Christian High School.

As a mentor, I have helped students develop business ideas and confront the practical obstacles to implementing those ideas, including new technologies. I have also noticed the disparities in our society caused by uneven access to these new technologies. As artificial intelligence advances rapidly, I worry that these gaps are growing, too. Yet I have not seen many opportunities for people outside the technology industry—including children, older adults, and those of limited means—to learn how to use new technologies effectively, whether to create simple applications and websites or merely to complete everyday tasks. Leveraging my experience in schools, senior centers, or other settings would therefore offer the opportunity to help improve digital literacy.

While I believe I could provide the most value in an educational context, I would be just as amenable to other forms of community service the Court may deem appropriate. For example, I am experienced in tax reporting, and I could use my background in finance to help organizations that assist lower-income community members prepare their taxes. Although I have not worked as a tax advisor, I have worked as an investor since 2014, I prepare my own taxes, and I have become quite familiar with tax rules and reporting requirements over the years. I would also gladly volunteer at food banks, libraries, or other organizations that address wealth disparities in my community.

As I have tried to show through my actions, I am committed to making amends for my crime and doing something positive in my community. If my community service proves useful to the organizations I work with, I intend to continue volunteering even after I have completed the community-service obligations imposed by the Court.

Sincerely,

Mingran Wang