MILES EHRLICH (SBN 237954)
miles@ramsey-ehrlich.com
AMY CRAIG (SBN 269339)
amy@ramsey-ehrlich.com
EHRLICH & CRAIG LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 548-3600

*Attorneys for Defendant Mingran Wang*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MINGRAN WANG,<br><br>Defendant. | Case No.: 4:26-CR-00288-HSG<br><br>**DECLARATION OF AMY E. CRAIG IN SUPPORT OF DEFENDANT MINGRAN WANG'S SENTENCING MEMORANDUM**<br><br>Date: October 14, 2026<br>Time: 2:00 p.m.<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: Courtroom 2 – 4th Floor |

I, Amy E. Craig, declare as follows:

1. I am a partner at the law firm of Ehrlich & Craig LLP, counsel for Mingran Wang. I am a member in good standing of the Bar of the State of California. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Mr. Wang's Sentencing Memorandum.

2. Attached hereto as **Exhibit A** is a true and correct copy of Mr. Wang's letter to the Court.

3. Attached hereto as **Exhibit B** are true and correct copies of letters of support submitted on Mr. Wang's behalf, including from his family members Lijuan Chen (his wife) and Tevin Wang (his 22-year-old-son), as well as from longtime friends June Wang, Shulan Liu, Bryan

Luo, Tianhan Wang, and Shao Yong Xia.

4. Attached hereto as **Exhibit C** is a true and correct copy of the report of Dr. Scott Lines, who performed a psychological evaluation of Mr. Wang and evaluated his family's mental health medical records.

5. Attached hereto as **Exhibit D** is a true and correct copy of a letter Mr. Wang received in November 2024 from Fidelity, dated October 29, 2024. In a letter dated September 29, 2026, the government described the letter Mr. Wang received from Fidelity as being about "AML concerns."

6. Attached hereto as **Exhibit E** is a true and correct copy of Mr. Wang's electronic notes regarding his "mid-price strategy," as provided by the Department of Justice to the Probation Office on September 29, 2026, under the Bates number DOJ-WANG-0000032130. Under information and belief, the government's copy of the notes was taken from Mr. Wang's computer, which was seized by law enforcement under a search warrant in July of 2025.

7. In a letter dated September 29, 2026, the government confirmed that Mr. Wang "undoubtedly admitted to his misconduct during [his] initial law enforcement interview."

8. Attached hereto as **Exhibit F** is a true and correct copy of Mr. Wang's electronic notes regarding his "mid-price strategy," as they existed on October 24, 2024. This copy of the notes was taken from a backup of Mr. Wang's computer that was taken on October 24, 2024.

9. Attached hereto as **Exhibit G** is a true and correct copy a backup of Mr. Wang's electronic notes regarding his "mid-price strategy," as they existed on December 2, 2024. This copy of the notes was taken from a backup of Mr. Wang's computer that was taken on December 2, 2024.

10. Attached hereto as **Exhibit H** is a true and correct copy of a comparison of Exhibit F and Exhibit G to show the differences between the two. The text shown in blue underlines reflects the additions made to these notes after October 24, 2024. All other text is identical between Exhibit F (the October 24, 2024 version) and Exhibit G (the December 2, 2024 version). This comparison was created by a paralegal in undersigned counsel's office, who used the "Compare Documents" tool in Microsoft Word.

11. Attached hereto as **Exhibit I** is a true and correct copy of a letter from Mr. Wang detailing his willingness to engage in community service.

12. The final Administrative Order the Securities and Exchange Commission intends to file in Mr. Wang's parallel civil case pending before this Court will indefinitely bar him from acting as an investment advisor.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 8th day of October, 2026, in Berkeley, California.

Dated: October 8, 2026

Respectfully submitted,

*/s/ Amy Craig*
MILES EHRLICH
AMY CRAIG
EHRLICH & CRAIG LLP

*Counsel for Defendant Mingran Wang*